# EXHIBIT A

## Amended Statement Of Claim

Small Claims Form 11

**Superior Court of the District of Columbia**

**CIVIL DIVISION**
SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

**FILED**
General
AUG 1 7 2017
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

Marc Steven Barnes

_____
Plaintiff(s)

2700 28th Street, NW

Washington, DC 20008
_____
Address          Zip Code
Phone No. (202) 441-8080

vs.

(1) TransUnion, LLC _____

(2) _____

(3) _____

No. SC 2017 SCJ 001119

**STATEMENT OF CLAIM**

Please see the attached Amended Statement of Claim.

_____

_____

_____

DISTRICT OF COLUMBIA, ss: ___Marc Steven Barnes___ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_Marc H. Barnes_  Marc Steven Barnes  2700 28TH ST NW
Plaintiff /Agent (Sign and Print Name)

Title: _____

Address
WASHINGTON, DC 20008
City/State/Zip Code
Phone No.: (202) 441-8080

Subscribed and sworn to before me this __17th__ day of __AUGUST__ 20 17
(month and year)

_Renee E. Stephens_
Deputy Clerk (or notary public)

Attorney for Plaintiff (Sign and Print Name)

_____

Address          Zip Code
Bar No.: _____ Phone No.: _____

**NOTICE (All parties must notify the court of any address changes.)**

To:
(1) TransUnion, LLC, c/o H. Mark Stichel, Esq.       (2) _____
Gohn Hankey Stichel & Berlage, LLP Defendant                              _____
201 North Charles street, suite 2101                                      Defendant
Baltimore, mD 21201
_____
Address  Counsel for Defendant  Zip Code    Address          Zip Code
☐ Home   ☒ Business                          ☐ Home          ☐ Business

You are hereby notified that ___Marc Steven Barnes___

_____ has made a claim and is requesting judgment
against you in the sum of __ten thousand__ _____ dollars ($ 10,000 ),
as shown by the foregoing statement. The court will hold a hearing upon this claim on __9/22/17__

at 9:00 9:30 a.m. in the ~~Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,~~ Courtroom 518

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS. BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

CV-471/AUG. 12

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARTO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division
Small Claims and Conciliation Branch

MARC STEVEN BARNES,                    )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        Civil Action No. 2017 SCJ 001119
                                       )        **Judge Jennifer A Di Toro**
TRANSUNION, LLC,                       )
                                       )
            Defendant.                 )
                                       )

_____

## AMENDED STATEMENT OF CLAIM

In 2010, I filed Chapter 11 bankruptcy. On August 1, 2015, I was required to pay an

elevated interest rate on a loan due to a poor credit rating. Upon inquiry, I learned that the

increased interest rate I incurred was due to inaccurate and derogatory credit information report-

ed by the Defendant, TransUnion, LLC ("TransUnion"). Despite being duly noticed of my bank-

ruptcy action, TransUnion, LLC failed to accurately report my debts as being discharged in

bankruptcy. To my detriment, the Defendant failed to diligently investigate my many disputes

and instead continued to report false and derogatory credit information. Correspondingly, in that

TransUnion knew or should have known that the relevant credit entries were false it knowingly,

willfully, and maliciously continued to report inaccurate and derogatory credit information on

my credit report.

As a result of TransUnion's gross negligence and blatant breach of its obligations under

the Federal Credit Reporting Act ("FCRA"), I have endured undue emotional distress,

1

professional and personal embarrassment and significant financial losses. Accordingly I seek compensatory damages in the amount of Ten Thousand Dollars ($10,000.00).

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2017, a copy of the foregoing was mailed,

via certified mail, to:

H. Mark Stichel, Esq.
Gohn Hankey Stichel and Berlage, LLP
201 North Charles Street
Suite 2101
Baltimore, MD 21201
*Counsel for Defendant TransUnion, LLC*

Marc Steven Barnes

Form CA 101-A: Unsworn Declaration Supplement



### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

*Marc Steven Barnes*
_____
         *Plaintiff(s)*

v.

*Trans Union, LLC*                                    Case No: *2017 SCJ 001119*
_____
         *Defendant(s)*

This form supplements _*Amended Statement of Claim*_ and is being filed along with that
document.          (list title of pleading, motion, or other document)

(a) *If Executed Inside the United States:*

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on *17th* day of *August*, *2017*.
          (date)          (month)     (year)

*Marc Steven Barnes*
_____
Printed Name

*[signature]*
_____
Signature

*Washington, DC*                         *(202) 441-8080*
_____          _____
City and State, or Other Location        Phone Number

*See* D.C. CODE § 22-2402 (a)(3) (2010).

(b) *If Executed Outside the United States:*

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is
true and correct, and that I am physically located outside the geographic boundaries of the United
States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession
subject to the jurisdiction of the United States. Executed on ____ day of _____, _____,
                                                                    (date)          (month)     (year)
at _____, _____.
     (city or other locations, and state)     (country)

_____
Printed Name

_____          _____
Signature                                Phone Number

*See* D.C. CODE § 16-5306 (2010).

**Note:** This form may be attached to any document to be used in place of sworn written declarations, verifications,
certificates, statements, oaths, or affidavits unless otherwise provided by law; for example, this form may not be used to
supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. *See* D.C. Code §§ 16-1501,
3902 (2001).