UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

MARC STEVEN BARNES,    CASE NO. 1:17-cv-01729-RDM
        Plaintiff,

    vs.

TRANSUNION, LLC,
        Defendant.

---

**TRANS UNION, LLC'S ANSWER TO
PLAINTIFF'S AMENDED STATEMENT OF CLAIM
AND AFFIRMATIVE DEFENSES**

---

Trans Union, LLC, improperly named as "TransUnion, LLC" ("Trans Union"), by counsel, responds to Plaintiff's Amended Statement Of Claim (the "Claim") as follows. For the Court's convenience, Plaintiff's allegations are set forth verbatim with Trans Union's responses immediately following.

[1]     In 2010, I filed Chapter 11 bankruptcy. On August 1, 2015, I was required to pay an elevated interest rate on a loan due to a poor credit rating. Upon inquiry, I learned that the increased interest rate I incurred was due to inaccurate and derogatory credit information reported by the Defendant, TransUnion, LLC ("TransUnion"). Despite being duly noticed of my bankruptcy action, TransUnion, LLC failed to accurately report my debts as being discharged in bankruptcy. To my detriment, the Defendant failed to diligently investigate my many disputes and instead continued to report false and derogatory credit information. Correspondingly, in that TransUnion knew or should have known that the relevant credit entries were false it knowingly,

willfully, and maliciously continued to report inaccurate and derogatory credit information on my credit report.

**ANSWER**:   Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the allegations that "In 2010, I filed Chapter 11 bankruptcy. On August 1, 2015, I was required to pay an elevated interest rate on a loan due to a poor credit rating," which has the effect of a denial under Rule 8(b)(5).  Trans Union denies the remaining allegations of this paragraph.

[2]   As a result of TransUnion's gross negligence and blatant breach of its obligations under the Federal Credit Reporting Act ("FCRA"), I have endured undue emotional distress, professional and personal embarrassment and significant financial losses.  Accordingly I seek compensatory damages in the amount of Ten Thousand Dollars ($10,000.00).

**ANSWER**:   Trans Union denies the allegations of this paragraph as they apply to Trans Union.  Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## AFFIRMATIVE DEFENSES

1.   Plaintiff has failed to state a claim against Trans Union upon which relief may be granted.

2.   Plaintiff's state law and common law claims are pre-empted by the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

3.   Trans Union's reports concerning Plaintiff were true or substantially true.

4.   Trans Union has at all times followed reasonable procedures to assure maximum possible accuracy of its credit reports concerning Plaintiff.

5. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

6. Plaintiff's claims are barred, in whole or in part, by 15 U.S.C. §§ 1681h(e) and/or 1681t.

7. At all relevant times, Trans Union acted within the absolute and qualified privileges afforded it under the FCRA, the United States Constitution, applicable State Constitutions and the common law.

8. Plaintiff's claims are barred, in whole, or in part, by the equitable theories of estoppel, waiver and laches.

9. Plaintiff has failed to take reasonable steps to mitigate his damages, if any.

10. Plaintiff's damages are the result of acts or omissions committed by Plaintiff.

11. Plaintiff's damages are the result of acts or omissions committed by the other parties over whom Trans Union has no responsibility or control.

12. Plaintiff's damages are the result of acts or omissions committed by non-parties to this action over whom Trans Union has no responsibility or control.

13. Any claim for exemplary or punitive damages asserted by Plaintiff violates Trans Union's rights under the Due Process and Excessive Fines clauses of the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and the analogous provisions of applicable State Constitutions and under the First Amendment of the United States Constitution and the analogous provisions of applicable State Constitutions.

14. Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

WHEREFORE, Defendant Trans Union, LLC, by counsel, denies that Plaintiff is entitled to judgment or to any of the relief sought, and respectfully requests that judgment be entered in its favor and against Plaintiff on all counts set forth in the Amended Statement Of Claim, and that Trans Union, LLC, be awarded its costs incurred in defending this action, along with such other relief as this Court deems equitable and just.

Respectfully submitted,

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (DC Bar #503038)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*


*/s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **30th day of August, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| None. | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **30th day of August, 2017**, properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Marc Steven Barnes<br>2700 28th Street NW<br>Washington, D.C. 20008 | |

/s/ Katherine E. Carlton Robinson
Katherine E. Carlton Robinson, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*