UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

MARC STEVEN BARNES,             CASE NO. 1:17-cv-01729-RDM
    Plaintiff,

vs.

TRANSUNION, LLC,
    Defendant.

---

## JOINT NOTICE OF SETTLEMENT

---

Plaintiff, Marc Steven Barnes, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, (collectively the "Parties") hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. Accordingly, the Parties do not intend to submit a Joint Case Management Plan, due on October 18, 2017, or attend the Initial Scheduling Conference currently scheduled for October 25, 2017, unless directed to do so by the Court. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated.

Respectfully submitted,

Date: 10/18/17

Marc Steven Barnes
2700 28th Street NW
Washington, D.C. 20008

*Pro Se Plaintiff*

Page 2 of 3

Date: October 18, 2017

s/ H. Mark Stichel
H. Mark Stichel, Esq.  (DC Bar #503038)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*

/s/ Katherine E. Carlton Robinson
Katherine E. Carlton Robinson, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **18th day of October, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **18th day of October, 2017**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Marc Steven Barnes<br>2700 28th Street NW<br>Washington, D.C. 20008 | |
|---|---|

/s/ Katherine E. Carlton Robinson
Katherine E. Carlton Robinson, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*